

Michael D. Tewksbury
Keith J. Kerfeld*
Peter E. Lind
Nathaniel J. Weimer
Matthew R. Eslick
Patrick M. Conlin
David C. Morine

## ATTACHMENT TO CIVIL COVER SHEET

(I)(c) Attorneys for Plaintiff and Putative Class:

TEWKSBURY & KERFELD, P.A.
Nathaniel J. Weimer
88 South Tenth Street, Suite 300
Minneapolis, MN 55403
T: (612) 334-3399
Local Counsel


LIDDLE SHEETS COULSON PC
Steven D. Liddle*
Nicholas A. Coulson*
Lance Spitzig*
*_Pro hac vice_ application pending
975 East Jefferson Avenue
Detroit, MI 48207-3101
T: (313) 392-0015

DON BIVENS PLLC
Don Bivens
Scottsdale Quarter
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
T: (602) 708-1450

A Professional Association

88 South Tenth Street Suite 300 Minneapolis, MN 55403
Phone: 612.334.3399 | 1.800.837.9117 | Fax: 612.334.5787
www.TKZ.com
With Lawyers Licensed in Minnesota and Wisconsin