# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KYLE FELDMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STAR TRIBUNE MEDIA COMPANY LLC,<br><br>Defendant. | File No. 0:22-cv-01731-ECT-TNL<br><br>**DEFENDANT STAR TRIBUNE MEDIA COMPANY LLC'S MOTION TO DISMISS** |

Defendant Star Tribune Media Company LLC ("Star Tribune") hereby moves the Court for an order under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing Plaintiff's Complaint for lack of subject-matter jurisdiction and failure to state a claim.

The grounds for this motion are set forth in the Memorandum in Support of the Star Tribune's Motion To Dismiss and the accompanying Declaration of Jim Bernard, filed and served herewith, along with all other records and files in this action.

Dated: October 13, 2022.   **FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Jeffrey P. Justman

Jeffrey P. Justman (#390413)
Anderson C. Tuggle (#0400277)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
jeff.justman@faegredrinker.com
anderson.tuggle@faegredrinker.com

*Attorneys for Defendant Star Tribune Media Company LLC*

2