UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MINNESOTA

| | |
|---|---|
| KYLE FELDMAN, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff<br><br>v<br><br>STAR TRIBUNE MEDIA COMPANY, LLC<br><br>　　　　Defendant | File No. 0:22-cv-01731-ECT-TNL |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

　　Defendant's Motion to Dismiss Plaintiff' Complaint ([Doc. 17) has been fully briefed, and a hearing is scheduled for January 9, 2023. ([Doc. 25]). Since Plaintiff's response in opposition ([Doc. 24)] was filed on November 18, 2022, two opinions have been made available after being issued by federal courts facing several of the arguments made by Defendant under the same circumstances. Plaintiff submits these opinions as further authority for the Court's consideration regarding Defendant's motion. The opinions are in *Czarnionka v. Epoch Times Ass'n*, 2022 U.S. Dist. LEXIS 209067 (S.D.N.Y. Nov. 17, 2022); and *Belozerov v. Gannett Co.*, 2022 U.S. Dist. LEXIS 229436 (D. Mass Dec. 20, 2022).

Dated: January 4, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/ Nicholas A. Coulson*

1

Nicholas A. Coulson*
Steven D. Liddle*
Lance Spitzig*
*Pro hac vice
**LIDDLE SHEETS COULSON P.C.**
975 E. Jefferson Avenue
Detroit, MI 48207-3101
T: (313) 392-0015
E: sliddle@lsccounsel.com
E: ncoulson@lsccounsel.com
E: lspitzig@lsccounsel.com


Nathaniel J. Weimer
**TEWKSBURY & KERFELD, P.A.**
99 South Tenth Street, Suite 300
Minneapolis, MN 55403
T: (612) 334-3399
F: (612) 334-5787
E: nweimer@tkz.com

Don Bivens
**DON BIVENS PLLC**
Scottsdale Quarter
15169 N. Scottsdale, AZ 85254
T: (602) 708-1450
E: don@donbivens.com

*Attorneys for Plaintiff and the Putative Class*