# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Kyle Feldman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Star Tribune Media Company LLC,<br><br>　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Eric C. Tostrud<br>U.S. District Judge<br><br>Case No:　　　22-cv-1731 ECT/TNL<br>Date:　　　　　January 9, 2023<br>Court Reporter:　Tim Willette<br>Courthouse:　　St. Paul<br>Courtroom:　　3B<br>Time Commenced:　9:00 a.m.<br>Time Concluded:　9:43 a.m.<br>Time in Court:　43 Minutes |

## APPEARANCES:

Plaintiff:　　Nicholas Coulson, Liddle Sheets Coulson P.C.

Defendant:　　Jeffrey Justman and Anderson Tuggle, Faegre Drinker Biddle & Reath LLP

## HEARING ON:

Motion to Dismiss filed by Star Tribune Media Company LLC [ECF No. 17]

## PROCEEDINGS:

The motion was moved, argued and taken under advisement. Order to follow.

s/ R. Morton<br>Courtroom Deputy