## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| KYLE FELDMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STAR TRIBUNE MEDIA COMPANY LLC,<br><br>Defendant. | File No. 0:22-cv-01731-ECT-TNL<br><br>**DEFENDANT STAR TRIBUNE MEDIA COMPANY LLC'S NOTICE OF CONSTITUTIONAL QUESTION PURSUANT TO FED. R. CIV. P. 5.1** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant Star Tribune Media Company LLC (the "Star Tribune") has raised in its Answer (ECF 33) a constitutional challenge to the Video Privacy Protection Act, 18 U.S.C. § 2710. Specifically, the Star Tribune asserts that the Video Privacy Protection Act ("VPPA") violates the First Amendment of the U.S. Constitution, including by "abridg[ing] the freedom of speech, or of the press" when applied to a news organization like the Star Tribune.

The Star Tribune's counsel will serve a copy of this notice and a copy of its Answer on the Attorney General of the United States by certified mail, at the below address:

**Merrick Garland**
**U.S. Attorney General**
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**Leslie Cooper Vigen**
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Leslie.vigen@usdoj.gov

|  |  |
|---|---|
| Dated: March 21, 2023. | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|  | /s/ Jeffrey P. Justman |
|  | Jeffrey P. Justman (#390413) |
|  | Anderson C. Tuggle (#0400277) |
|  | 2200 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, MN 55402 |
|  | Telephone: (612) 766-7000 |
|  | jeff.justman@faegredrinker.com |
|  | anderson.tuggle@faegredrinker.com |
|  | *Attorneys for Defendant Star Tribune Media Company LLC* |

2