UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KYLE FELDMAN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STAR TRIBUNE MEDIA COMPANY LLC,<br><br>    Defendant. | File No. 0:22-cv-1731-ECT-TNL<br><br>Hearing Date: TBD |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Kyle Feldman ("Plaintiff") hereby moves this Court to (i) grant preliminary approval of the Settlement Agreement reached in this matter; (ii) provisionally certify the settlement class under Fed. R. Civ. P. 23(b)(3) in connection with the settlement process; (iii) appoint Steven D. Liddle, Nicholas A. Coulson, and Nathaniel J. Weimer as Class Counsel; (iv) appoint Kyle Feldman as Class Representative for the Settlement Class; and (v) approve the Notice Plan for the Settlement described in the Settlement Agreement and its Exhibits, as well as the specific Notice of Class Action and Proposed Settlement (the "Proposed Notice"), and direct distribution of the Proposed Notice.

Submitted in support of the Motion are Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement and accompanying exhibits, the Declaration of Nicholas A. Coulson in Support of Plaintiff's Unopposed Motion for

Preliminary Approval of Class Action Settlement, and a [Proposed] Order Granting Preliminary Approval of Class Action Settlement Agreement, Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, and Approving Notice Plan.

Dated: December 22, 2023

                                            Respectfully submitted,

                                         s/_____Nicholas A. Coulson_____
                                         Steven D. Liddle*
                                         Nicholas A. Coulson*
                                         *Pro hac vice*
                                         **LIDDLE SHEETS COULSON P.C.**
                                         975 E. Jefferson Avenue
                                         Detroit, MI 48207-3101
                                         T: (313) 392-0015
                                         E: sliddle@lsccounsel.com
                                         E: ncoulson@lsccounsel.com

                                         Nathaniel J. Weimer
                                         **TEWKSBURY & KERFELD, P.A.**
                                         99 South Tenth Street, Suite 300
                                         Minneapolis, MN 55403
                                         T: (612) 334-3399
                                         F: (612) 334-5787
                                         E: nweimer@tkz.com

                                         *Attorneys for Plaintiff and the Putative Class*