UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KYLE FELDMAN, on behalf of himself and all others similarly situated,<br><br>                 Plaintiff,<br><br>   v.<br><br>STAR TRIBUNE MEDIA COMPANY LLC,<br><br>                 Defendant. | File No. 0:22-cv-1731-ECT-TNL<br><br>Hearing Date: May 20, 2024 |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT**

Plaintiff Kyle Feldman ("Plaintiff") hereby moves this Court for an Order (i) granting final approval of the Settlement Agreement reached in this matter; (ii) certifying the settlement class under Fed. R. Civ. P. 23(b)(3) in connection with the settlement process; and (iii) finding that the Notice was effectuated in accordance with the Court's Order Granting Preliminary Approval, as well as Fed. R. Civ. P. 23 and due process.

Submitted in support of the Motion are Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement, the Declaration of Nicholas A. Coulson in Support of Plaintiff's Motion for Final Approval, and the Declaration of Scott M. Fenwick in Connection With Final Approval of Settlement, and a Proposed Order.

Dated:  May 6, 2024

          Respectfully submitted,

          s/_____*Nicholas A. Coulson*_____
          Steven D. Liddle*
          Nicholas A. Coulson*
          **Pro hac vice*
          **LIDDLE SHEETS COULSON P.C.**
          975 E. Jefferson Avenue
          Detroit, MI 48207-3101
          T: (313) 392-0015
          E: sliddle@lsccounsel.com
          E: ncoulson@lsccounsel.com

          Nathaniel J. Weimer
          **TEWKSBURY & KERFELD, P.A.**
          99 South Tenth Street, Suite 300
          Minneapolis, MN 55403
          T: (612) 334-3399
          F: (612) 334-5787
          E: nweimer@tkz.com

          *Attorneys for Plaintiff and the Putative Class*