UNITED STATES DISTRICT COURT
DISTRITCT OF MINNESOTA

| | |
|---|---|
| KYLE FELDMAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>STAR TRIBUNE MEDIA COMPANY LLC,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>) File No. 0:22-cv-1731-ECT-TNL<br>)<br>) Hon. Eric C. Tostrud<br>)<br>)<br>) |

**DECLARATION OF NICHOLAS A. COULSON IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL**

I, Nicholas A. Coulson, declare as follows:

1. I am an attorney licensed to practice in the State of Michigan with a State Bar of Michigan Identification No. 78001, and I am licensed in numerous federal jurisdictions. I was admitted *pro hac vice* for purposes of this case.

2. Except as otherwise stated, I have personal knowledge of the facts stated below and, if called as a witness at the time of any proceeding, could and would testify thereto. I make this Declaration in support of Plaintiff's Motion for Final Approval of Class Action Settlement. This Declaration is intended to supplement the prior two declarations I have submitted in conjunction with the Settlement in this case, in support of Plaintiff's Motion for Preliminary Approval (ECF No. 58) and Plaintiff's Motion for Attorneys' Fees (ECF No. 68).

3. My prior declarations address the history of this litigation and the settlement process, as well as my firm's qualifications and experience. This declaration is intended not to repeat the same information, and to provide only new information related to Plaintiff's Motion for Final Approval.

1

4. Following the delivery of Notice and the receipt of the Class's feedback, my belief that this Settlement is decidedly in the best interests of the Class is even more strongly held. In my experience in dozens of class action settlements, having no objections, only two opt-outs, and thousands of claims is a rare and exceptional Class Member response. I believe this is further evidence that the Settlement is fair, adequate, reasonable, and in the best interests of the Class.

5. At the hearing on Plaintiff's Motion for Preliminary Approval, the Court indicated that Plaintiff and his counsel should submit additional information about my co-counsel, Nathaniel Weimer and his firm, at the final approval stage.

6. Mr. Weimer graduated *cum laude* from the University of Minnesota Law School in 2013, where he and I were classmates and section-mates. Since that time, he has predominantly practiced civil litigation, including complex litigation such as condominium construction defect litigation. Since 2020, he has been an attorney at Tewksbury & Kerfeld. There, he represents plaintiffs and defendants in various areas of civil litigation, including construction defect, medical malpractice, and personal injury.

7. In this case, Mr. Weimer has capably fulfilled the role of local counsel. While my firm (given our experience in consumer class actions) has been primarily responsible for the major substantive and procedural aspects of the cases, Mr. Weimer's efforts were important in pressing this case to a successful resolution. While not necessary for the settlement approval (or any related relief), I believe that his efforts have provided a valuable service to the Class such that it would be appropriate to appoint him class counsel alongside attorneys from my firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this May 6, 2024 at Birmingham, Michigan.

/s/ Nicholas A. Coulson
Nicholas A. Coulson