## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Kyle Feldman | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 22-cv-01731-ECT-TNL |
| Star Tribune Media Company LLC | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Kyle Feldman's Motion for Final Approval of Class Action Settlement [ECF No. 69] and adopt Plaintiff's Proposed Order [ECF No. 74] is **GRANTED**.

2. Final certification of the Settlement Class is **GRANTED**.

3. Plaintiff's Motion for Award of Attorneys' Fees, Litigation Costs, and Incentive Award [ECF No. 65] is **GRANTED**.

4. Class counsel is awarded $945,963.00 in attorneys' fees.

5. Class counsel is awarded $20,703.07 in reasonable litigation expenses.

6. Class representative Kyle Feldman is awarded a service award of $5,000.00 for his service to the Settlement Class.

7. Final approval of the methods and forms of notice provided to Class

Members is **GRANTED**.

      8.    This action is **DISMISSED with prejudice**.

      9.    The Court shall retain jurisdiction over the subject matter and the parties with respect to the interpretation and implementation of the Settlement Agreement for all purposes.

Date: 6/18/2024                                                                                                           KATE M. FOGARTY, CLERK